■ LOREN B. MILLER, Appellant, v INTERNATIONAL TELE-PHONE AND TELEGRAPH CORPORATION, Respondent.—Appeal by the plaintiff from an order of the Supreme Court, Kings County (Ramirez, J.), dated April 16, 1990.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Ramirez at the Supreme Court, Kings County. Harwood, J. P., Balletta, Lawrence and Santucci, JJ., concur.

■ EMMIE PEEK, Appellant, v NASSAU HOSPITAL et al., Respondents.—Appeal by the plaintiff from an order of the Supreme Court, Nassau County (Molloy, J.), dated May 25, 1990.

Ordered that the order is affirmed, with one bill of costs, for reasons stated by Justice Molloy at the Supreme Court. Thompson, J. P., Miller, Copertino and Ritter, JJ., concur.